```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 15155
   EDWARD STANLEY FALKOWSKI
   LINDA MARIE FALKOWSKI                       CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6299     SSN XXX-XX-1603

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/16/2004 and was confirmed 06/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.95% from remaining funds.

     The case was paid in full 10/22/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CARSON PIRIE SCOTT         UNSECURED           3119.58          .00        2026.26
ECAST SETTLEMENT CORP      UNSECURED          14999.36          .00        9742.53
RESURGENT CAPITAL SERVIC   UNSECURED          15922.61          .00       10342.21
PORTFOLIO RECOVERY ASSOC   UNSECURED          11293.99          .00        7335.79
DRESS BARN                 UNSECURED         NOT FILED          .00            .00
HOMELAND FINANCIAL SERVI   NOTICE ONLY       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH      1386.12           .00         900.06
LANE BRYANT                UNSECURED         NOT FILED          .00            .00
LIMITED TOO                UNSECURED         NOT FILED          .00            .00
RETAILERS NATIONAL BANK    UNSECURED           5809.20          .00        3773.25
ROUNDUP FUNDING LLC        UNSECURED          14535.14          .00        9441.01
US BANK CORP               UNSECURED          11608.21          .00        7539.88
US BANK                    NOTICE ONLY       NOT FILED          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY        2,600.00                    2,600.00
TOM VAUGHN                 TRUSTEE                                        2,999.01
DEBTOR REFUND              REFUND                                           467.26

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                57,167.26

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                        51,100.99
ADMINISTRATIVE                                    2,600.00
TRUSTEE COMPENSATION                              2,999.01
DEBTOR REFUND                                       467.26
                       --------------           --------------
TOTALS                  57,167.26                57,167.26
```

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 15155 EDWARD STANLEY FALKOWSKI & LINDA MARIE FALKOWSKI

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 15155 EDWARD STANLEY FALKOWSKI & LINDA MARIE FALKOWSKI